ERIC GRANT
United States Attorney
BRODIE M. BUTLAND
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for the United States of America


DANIEL M. KRUID
AlderLaw, PC
12800 Riverside Drive, 2nd Floor
Valley Village, CA 91607
Telephone: (310) 275-9131

Attorney for Plaintiff Sean DeLeon

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN DELEON,<br><br>  Plaintiff,<br><br> v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>  Defendants. | CASE NO. 2:24-cv-02778-JAM-SCR<br><br>**FIRST STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

The parties respectfully stipulate to an extension of deadlines in this matter and move the Court to extend the deadlines in accordance with the parties' proposed new schedule:

| | **Current deadline** | **Proposed deadline** |
|---|---|---|
| Discovery | 11/21/2025 | 2/19/2026 |
| Expert witness disclosure | 9/26/2025 | 12/19/2025 |
| Rebuttal expert disclosures | 10/10/2025 | 1/23/2026 |
| Dispositive motion deadline | 1/16/2026 (filed)<br>3/24/2026 (heard) | 4/16/2026 (filed)<br>6/23/2026 (heard) |
| Final pretrial conference | 5/22/2026 | August 2026 |
| Trial | 7/6/2026 | October 2026 |

The parties respectfully submit that this request is supported by good cause. The parties have diligently exchanged written discovery including initial disclosures, interrogatories, and substantial document production. They also have completed depositions of three fact witnesses. During the July 17, 2025 deposition of Plaintiff Sean DeLeon, however, the parties learned that several of Mr. DeLeon's medical providers had failed to provide Plaintiff's counsel with a significant number of treatment records—which, in turn, meant that Defendant lacked material information necessary to conduct Mr. DeLeon's deposition. The parties continued the deposition by agreement so Plaintiff could obtain the additional medical records. Unfortunately, the process has taken longer than anticipated. Although Plaintiff has obtained additional medical records and made a supplemental production to Defendant on August 13, 2025, there are still missing records, and it is presently unclear when the medical providers will provide those records.

Despite their diligence, the parties do not believe they can feasibly meet the current case schedule under the circumstances. The parties therefore respectfully request that the current case deadlines be extended by approximately 90 days. The parties anticipate that this extension will permit sufficient time to gather all necessary medical records to complete Mr. DeLeon's deposition and submit expert reports conforming to Fed. R. Civ. P. 26 and Fed. R. Evid. 702.

Therefore, for the foregoing reasons, the parties respectfully request that the Court extend the current case deadlines to those proposed in this stipulation.

Dated: August 13, 2025

By: /s/ Brodie M. Butland
BRODIE M. BUTLAND
Assistant United States Attorney
Counsel for the United States of America

Dated: August 13, 2025

By: /s/ Daniel M. Kruid (per 8/13/25 consent)
DANIEL M. KRUID
AlderLaw, PC
Counsel for Plaintiff

## **ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order, is **MODIFIED** as follows:

| Event | New Deadline |
|---|---|
| Discovery Cutoff Date | 02/19/2026 |
| Disclosure of Expert(s) Deadline | 12/19/2025 |
| Supplemental Disclosure Deadline | 01/23/2026 |
| Joint Mid-Litigation Statement Filing Deadline | Fourteen (14) days prior to the close of discovery |
| Dispositive Motion Filing Deadline | 04/17/2026 |
| Dispositive Motion Hearing | 06/16/2026, at 01:00 p.m. |
| Joint Pretrial Statement Filing Deadline | Seven (7) days prior to the final pretrial conference |
| Final pretrial conference | 08/14/2026, at 10:00 a.m. |
| Jury Trial (3-4 Days) | 09/28/2026, at 9:00 a.m. |

All other instructions contained in the February 24, 2025 Pretrial Scheduling Order (ECF No. 14) shall remain in effect.

IT IS SO ORDERED.

August 19, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE