United States Attorney
BRODIE M. BUTLAND
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for the United States of America

DANIEL M. KRUID
AlderLaw, PC
12800 Riverside Drive, 2nd Floor
Valley Village, CA 91607
Telephone: (310) 275-9131

Attorney for Plaintiff Sean DeLeon

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN DELEON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Defendants. | CASE NO.  2:24-cv-02778-JAM-SCR<br><br>**SECOND STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER; AND ORDER CONTINUING SETTLEMENT CONFERENCE** |

　　　　Based on the stipulation of the parties, the 10/30/2025 Settlement Conference is **VACATED** and **RESET** for **02/19/2026, at 9:00 a.m.**, via Zoom, before Magistrate Judge Allison Claire. The parties' confidential settlement conference statements are due on or before **02/13/2026**.  The parties are **ORDERED** to submit confidential settlement conference statements to Magistrate Judge Claire's chambers, via email, at acorders@caed.uscourts.gov. These statements shall not be filed on the case docket.  However, each party shall file, via ECF, a one-page document entitled Notice of Submission of Confidential Settlement Conference Statement. One (1) week prior to the hearing, the parties are **DIRECTED** to contact J. Anderson, Courtroom Deputy for Magistrate Judge Claire, at (916) 930-4199

**STIPULATION AND ORDER**

or janderson@caed.uscourts.gov, to obtain the Zoom ID and Password.

The Pretrial Scheduling Order, is **MODIFIED** as follows:

| Event | New Deadline |
|---|---|
| Discovery Cutoff Date | **04/17/2026** |
| Disclosure of Expert(s) Deadline | **02/20/2026** |
| Supplemental Disclosure Deadline | **03/06/2026** |
| Joint Mid-Litigation Statement Filing Deadline | Fourteen (14) days prior to the close of discovery |
| Dispositive Motion Filing Deadline | **06/12/2026** |
| Dispositive Motion Hearing | **08/11/2026, at 01:00 p.m.** |
| Joint Pretrial Statement Filing Deadline | Seven (7) days prior to the final pretrial conference |
| Final pretrial conference | **10/09/2026, at 11:00 a.m.** |
| Jury Trial (3-4 Days) | **11/23/2026, at 9:00 a.m.** |

All other instructions contained in the February 24, 2025 Pretrial Scheduling Order (ECF No. 14) shall remain in effect.

IT IS SO ORDERED.

Dated: October 21, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER**