ERIC GRANT
United States Attorney
BRODIE M. BUTLAND
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000

Attorneys for the United States of America

DANIEL M. KRUID
AlderLaw, PC
12800 Riverside Drive, 2nd Floor
Valley Village, CA 91607
Telephone:  (310) 275-9131

Attorney for Plaintiff Sean DeLeon

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN DELEON,<br><br>                          Plaintiff,<br><br>          v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                          Defendants. | CASE NO.  2:24-cv-02778-JAM-SCR<br><br>**STIPULATION AND ORDER FOR EXTENSION OF DEADLINES AND TO CONTINUE SETTLEMENT CONFERENCE** |

The parties respectfully stipulate to an extension of discovery deadlines in this matter and move the Court to extend those deadlines in accordance with the parties' proposed new schedule.  The parties want the dispositive motion deadline, final pretrial conference, and the trial date to remain unchanged.

| | Current deadline | Proposed deadline |
|---|---|---|
| Discovery | 4/17/2026 | 6/5/2026 |
| Expert witness disclosure | 2/20/2026 | 4/3/2026 |
| Rebuttal expert disclosures | 3/6/2026 | 5/1/2026 |
| Dispositive motion deadline | 6/12/2026 (filed)<br>8/11/2026, 1:00pm (heard) | Unchanged |
| Final pretrial conference | 10/9/2026, 11am | Unchanged |
| Trial | 11/23/2026, 9am | Unchanged |

1

The parties respectfully submit that this request is supported by good cause.  The parties are in the process of retaining experts and have been working to arrange an independent medical evaluation (IME).  Due to unforeseen circumstances, Defendant's doctor has become unable to perform the IME until the second half of February, which will make it difficult to coordinate and complete the IME and prepare the report by the existing expert disclosure deadline.

The parties therefore respectfully request that the expert disclosure, rebuttal expert disclosure, and discovery deadlines be extended.  This extension will not delay the case, as all other deadlines, including the trial date, will remain unchanged.

The parties further request that the settlement conference, currently set for February 19, 2026, before Magistrate Judge Claire, be continued to the earliest available date in June, July, or August 2026. The original date for the settlement conference was selected to be after rebuttal expert disclosures because Defendant does not anticipate being able to obtain sufficient authority to settle the matter without knowledge of anticipated expert testimony.  The parties request that the settlement conference be moved to June-August 2026 to coincide with the new expert and discovery deadlines, and therefore allow a more productive settlement conference.

Therefore, for the foregoing reasons, the parties respectfully request that the Court extend the current case deadlines to those proposed in this stipulation, and continue the settlement conference to somewhere in June-August 2026.

Dated:  January 23, 2026

By:  */s/ Brodie M. Butland*
BRODIE M. BUTLAND
Assistant United States Attorney
Counsel for the United States of America

Dated:  January 23, 2026

*[per email consent 1/23/26]*

By:  */s/ Daniel M. Kruid*
DANIEL M. KRUID
AlderLaw, PC
Counsel for Plaintiff

2

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SEAN DELEON,

                    Plaintiff,

         v.

UNITED STATES OF AMERICA, et al.,

                    Defendants.

CASE NO.  2:24-cv-02778-JAM-SCR

**ORDER**

    This matter comes before the Court on the stipulation of the parties to extend the deadlines in this matter and to continue the settlement conference.  Finding good cause, the Court hereby AMENDS its Pretrial Scheduling Order (<u>see</u> ECF Nos. 14, 19, 22), and ORDERS the following new case deadlines:

| | |
|---|---|
| Completion of discovery: | **6/5/2026** |
| Expert witness disclosure: | **4/3/2026** |
| Rebuttal expert witness disclosure: | **5/1/2026** |

All other dates and deadlines remain unchanged.

    It is FURTHER ORDERED that the settlement conference currently set for February 19, 2026, is hereby **VACATED.**  The parties are ordered to contact Judge Claire's Courtroom Deputy, Jonathan Anderson, via e-mail, at JAnderson@caed.uscourts.gov, no later than February 4, 2026, to obtain available dates to reschedule the settlement conference for the earliest available date in June, July, or August 2026.

    **IT IS SO ORDERED**.

    Dated: January 30, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

1